**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____
I.U.O.E. LOCAL 68 PENSION FUND and              :
ROBERT MASTERSON                                :
                                                :
                         Plaintiffs,            :       Civil No. 12-6773 (RBK/AMD)
                                                :
          v.                                    :       **ORDER**
                                                :
RESORTS INTERNATIONAL HOTEL, INC.,              :
A N.J. CORPORATION                              :
                                                :
                         Defendant.             :
_____        :

**KUGLER**, United States District Judge:

   **THIS MATTER** having come before the Court on the motion of I.U.O.E. Local 68

Pension Fund and Robert Masterson (collectively, "Plaintiffs") for default judgment against

Resorts International Hotel, Inc. ("Defendant") (Doc. No. 5); and the Court having considered

the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this

date;

   **IT IS HEREBY ORDERED** that Plaintiffs' motion for default judgment is **GRANTED**

**IN PART AND DENIED IN PART**.  Plaintiffs' motion is **GRANTED** with regard to their

claim for withdrawal liability.  Plaintiffs' motion is **DENIED** with regard to their request for

injunctive relief.

Date:   8/7/2013                                     /s/ Robert B. Kugler
                                                     ROBERT B. KUGLER
                                                     United States District Judge